IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE APPLICATION OF
THE UNITED STATES OF AMERICA FOR
AUTHORIZATION TO OBTAIN LOCATION
DATA CONCERNING T-MOBILE CELLULAR
TELEPHONE ASSIGNED CALL NUMBER (585) 200-
1819 and IMSI 310260626548863 ("TARGET
TELEPHONE")

19-MJ- 4157
(FILED UNDER SEAL)

---

## ORDER GRANTING GOVERNMENT'S MOTION TO SEAL

Upon the motion of the United States of America, by and through its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, and Everardo A. Rodriguez, Assistant United States Attorney, of counsel, for an Order permitting the filing of a search warrant, pen register order, and the related applications and affidavits under seal, and after due consideration,

IT IS HEREBY ORDERED, that the search warrant, pen register order, and the related applications and affidavits shall be filed under seal for 60 days.

DATED:   Rochester, New York, October 30, 2019.

_____
HONORABLE MARIAN W. PAYSON
UNITED STATES MAGISTRATE JUDGE