IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE APPLICATION OF
THE UNITED STATES OF AMERICA FOR
AUTHORIZATION TO OBTAIN LOCATION
DATA CONCERNING T-MOBILE CELLULAR
TELEPHONE ASSIGNED CALL NUMBER (585) 200-
1819 and IMSI 310260626548863 ("TARGET
TELEPHONE")

19-MJ-4157
(FILED UNDER SEAL)

---

## GOVERNMENT'S MOTION TO SEAL

**THE UNITED STATES OF AMERICA**, by and through its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, and Everardo A. Rodriguez, Assistant United States Attorney, of counsel, hereby moves the Court for an Order permitting the filing of search warrants, pen register orders, and the related applications and affidavits under seal. The government requests the Court seal these filings for 60 days due to the sensitive law enforcement information that would otherwise be disclosed.

Dated: Rochester, New York, October 30, 2019.

JAMES P. KENNEDY, JR.
United States Attorney

By: _____
Everardo A. Rodriguez
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
500 Federal Building
100 State Street
Rochester, New York 14614
(585) 263-6760, ext. 23950
Everardo.Rodriguez@usdoj.gov