IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AUTHORIZATION TO OBTAIN LOCATION DATA CONCERNING T-MOBILE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (585) 200-1819 and IMSI 310260626548863 ("TARGET TELEPHONE") | 19-MR-6227<br>19-MJ-4157<br>(FILED UNDER SEAL) |

## ORDER GRANTING GOVERNMENT'S MOTION TO SEAL

Upon the December 23, 2019, motion of the United States of America, by and through its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, and Everardo A. Rodriguez, Assistant United States Attorney, of counsel, for an Order permitting the delayed notification and for the continued sealing of the warrant, application, affirmation and supporting documents submitted in support of this warrant for 60 days, from December 30, 2019 through February 27, 2020. The motion is hereby granted.

SO ORDERED.

DATED: Rochester, New York, December 23, 2019.

_Marian W. Payson_
HONORABLE MARIAN W. PAYSON
UNITED STATES MAGISTRATE JUDGE